## CANIFF *against* MYERS.

IN ERROR, on *certiorari* to a justice's court.

The plaintiff in error brought an action in the court below against the defendant in error, and on the return of the process, one *Barnes* appeared as attorney for the plaintiff. The defendant objected to him, and demanded his authority ; on which *Barnes* produced a written power purporting to be signed and sealed by the plaintiff, and to which the attorney was the only subscribing witness. *Barnes* offered himself as a witness to prove the execution of it, but was ob-

jected to by the defendant, and excluded by the justice, who gave judgment of nonsuit, in which he included all the costs on both sides.

*Per Curiam.* As between the plaintiff and defendant, the attorney was a competent witness to prove the authority to himself to appear as attorney in the suit. He acquired no right to costs in consequence of swearing to the execution of the power, and, therefore, had no interest. The justice also erred in giving judgment against the plaintiff for his own costs.

Judgment reversed.(*a*)

(*a*) Vide *Timmerman v. Morrison,* 14 *Johns. Rep.* 369.